IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL NO. 4:14-CR-00042-D-2
v. :
:
JUSTIN COLLINS MITCHELL :

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (X) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 21 U.S.C. § 2255 and avers:

1. Name of detainee: **Justin Collins Mitchell**

2. Detained by: **Pitt County Detention Center**
   **FAX: (252) 830-4667, Ph. (252) 902-2870**
   **FAX: (919) 733-0772 (NC DOC)**

3. Detainee is (X) charged in this district by (X) indictment of violating Title 18, U.S.C. §§ 1951 and 2.

4. Appearance is necessary on **June 10, 2014 at 8:00 a.m.** (X) **in the U.S. District Court, Greenville, NC., before Magistrate Judge Kimberly A. Swank** OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance (X) **detention hearing** ( ) arraignment/plea ( ) trial ( ) sentencing ( ) remand/re-sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

/s/ W. Glenn Perry
W. GLENN PERRY
Special Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum     ( ) Ad Testificandum     ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: May 28, 2014

United States Magistrate Judge

Robert B. Jones, Jr.
US Magistrate Judge